UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

SEBASTIAN CORTINEZ            :
                              :
    Plaintiff                 :
                              :
vs.                           :
                              :
DEPARTMENT OF THE NAVY        :
                              :
    Defendant                 :

## **COMPLAINT**

### **Introduction**

1. This is a Freedom of Information Act/Privacy Act (FOI/P) lawsuit seeking documents from the Board for Correction of Naval Records (or "Board").

2. The BCNR is a civilian board within the Navy composed of approximately 150 middle-level Navy employees who are appointed by the Secretary of the Navy pursuant to 10 U.S.C. § 1552. The members serve part-time on the Board and sit in panels of three. The BCNR adjudicates thousands of cases a year. Its decisions are precedential. The BCNR is the highest administrative board within the Navy and its members are "Officers of the United States" when sitting as the Board because they exercise significant authority of the United States in the name of the Secretary.

3. The BCNR adjudicated a claim for military disability retirement pay

made by the Plaintiff. In this lawsuit, the Plaintiff seeks BCNR records relating to that matter pursuant to the FOI/P acts.

4. Plaintiff is SEBASTIAN CORTINEZ, an individual residing in the Eastern District of Pennsylvania.

5. Defendant is the United States Navy.

6. This Court has jurisdiction under 28 U.S.C. § 1331, 5 U.S.C. § 552(a)(4)(B), and 5 U.S.C. § 552a(g).

## FACTS

7. On January 8, 2005, Plaintiff submitted a FOI/P request for documents showing the full names of the BCNR members who voted on the decision in his case and the full name of the BCNR medical advisor involved with his case. This FOIA request can be identified as 2025-NAVYFOIA-2890.

8. The Navy released only the last names of the Board members involved with his case and redacted the full name of the medical advisor on the case

9. Plaintiff's FOI/P appeal on this issue was finally denied by the Navy on February 28, 20205 citing Exemption 6 of FOIA and improperly asserting that the names of the Board members were not covered by the PA.

10. On March 13, 2025, Plaintiff submitted a second FOI/P request for any document showing that any of the Board members who heard his case reviewed or

approved the decisional document issued in his case prior to release. This FOIA request is 2025-NAVYFOIA-4786.

11. On April 3, 2025 the Navy denied the FOIA request as duplicate.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff prays that this Honorable Court:

a) Order Defendant to release documents showing the full names of the BCNR members who decided Plaintiff's case.

b) Order Defendant to release documents showing that the Board panel members who decided his case signed off on the written decision issued in his case or, alternatively, state that no BCNR panel member approved the decision before release and therefore no such documents exist.

c) Award Plaintiff damages as provided by law.

d) Award Plaintiff his reasonable attorney fees and costs.

Respectfully submitted
/s/*Jason W. Manne*
Jason W. Manne
PA ID No. 29924

Date: April 22, 2025
Manne Law Office
P.O Box. 81860
Pittsburgh, PA 15217
Tel: (412) 951-5718
Email: JManne@lawmanne.com